■ In the Matter of BERNICE SPRECKMAN et al., Appellants, v ANTONIA D'APICE et al., Respondents, and ANGELO R. MARTINELLI, Respondent-Respondent.—In a proceeding to invalidate a petition designating Angelo R. Martinelli as a candidate in the Conservative Party primary election to be held on September 10, 1985 for the position of Mayor of the City of Yonkers, the appeal is from a judgment of the Supreme Court, Westchester County (Beisheim, J.), dated July 31, 1985, which dismissed the proceeding.

■ In the Matter of BERNICE SPRECKMAN, Appellant, v ANTONIA D'APICE et al., Respondents.—In a proceeding to validate petitions designating Bernice Spreckman as a candidate in the Conservative Party primary election to be held on September 10, 1985 for the public office of Mayor of the City of Yonkers, the appeal is from a purported judgment of the Supreme Court, Westchester County (Beisheim, J.), dated July 31, 1985, which deferred the decision on the application until the determination by this court in *Matter of Jones v Flynn* (112 AD2d 1069).

Appeal dismissed, without costs or disbursements.

In the purported judgment, Special Term indicated that it would not decide petitioner's application until a determination was rendered by this court in *Matter of Jones v Flynn (supra).* Since no determination was rendered nisi prius, the instant

appeal must be dismissed (see, CPLR 5701). Brown, J. P., O'Connor, Weinstein, Kunzeman and Kooper, JJ., concur.